Eugene Y. Turin (SB # 342413)
MCGUIRE LAW, P.C.
10089 Willowcreek Road, Suite 200
San Diego, CA 92131
Tel: (312) 893-7002 Ex. 3
Fax: 312-275-7895
eturin@mcgpc.com

Counsel for Plaintiffs and the Putative Class

PERKINS COIE LLP
Eric J. Weiss
EWeiss@perkinscoie.com
Mallory A. Gitt
MGitt@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant Roku, Inc.
(additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.A.R.R. & E.A.R., by and through their Guardian LYNETTE GONZALEZ, individually and on behalf of similarly situated individuals,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ROKU, INC., a Delaware corporation,<br><br>　　　　　　　　　Defendant. | Case No. 5:25-cv-02474-JGB-DTB<br><br>The Honorable Jesus G. Bernal<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Removal Date: September 19, 2025<br>Defendant's Motion to Compel filed: November 25, 2025<br>Current hearing date: December 29, 2025, 9:00 a.m.<br>Proposed hearing date: February 9, 2025, 9:00 a.m. |

# STIPULATION

Plaintiffs E.A.R.R. and E.A.R. ("Plaintiffs") and Defendant Roku, Inc. ("Roku") (collectively with Plaintiffs, the "Parties") stipulate as follows:

WHEREAS, Defendant removed this matter to this Court on September 19, 2025. (ECF No. 1.)

WHEREAS, pursuant to a stipulation entered by the Parties, Defendant obtained a sixty (60) day extension to file its response to Plaintiffs' Complaint, until November 25, 2025. (ECF Nos. 6, 22.)

WHEREAS, on November 25, 2025 Defendant filed its Motion to Compel Arbitration and noticed it to be heard on December 29, 2025. (ECF No. 27.)

WHEREAS, pursuant to L.R. 7-9 and 7-10 Plaintiffs' Opposition to Defendant's Motion to Compel is currently due to be filed by December 8, 2025, with Defendant's Reply filed by December 15, 2025.

WHEREAS, due to the intervening Thanksgiving holiday immediately following the filing of Defendant's Motion to Compel Arbitration, as well as in order to be able to fully brief the issues raised by Defendant's Motion to Compel, Plaintiffs require additional time to respond to Defendant's Motion to Compel and respectfully request an additional fifteen (15) days to file their opposition brief.

WHEREAS, counsel for the Parties met and conferred regarding the briefing schedule on Defendant's Motion to Compel Arbitration and have agreed to a modified briefing schedule as follows:

Plaintiffs' opposition brief filed on or before: December 23, 2025

Defendant's reply brief filed on or before: January 27, 2025

Proposed hearing date: February 9, 2025 at 9:00 a.m., or as soon thereafter that the Court may be available.

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby STIPULATE AND AGREE that the briefing schedule on Defendant's Motion to Compel Arbitration shall be modified and the hearing continued as follows:

Plaintiffs' opposition brief to be filed on or before: December 23, 2025

Defendant's reply brief to be filed on or before: January 27, 2025

Hearing on Defendant's Motion to Compel Arbitration: February 9, 2025 at 9:00 a.m.

**IT IS SO STIPULATED AND AGREED.**

Dated:  December 4, 2025                    MCGUIRE LAW, P.C.

                                                       */s/ Eugene Y. Turin*
                                                      Eugene Y. Turin
                                                      10089 Willowcreek Road, Suite 200
                                                      San Diego, CA 92131
                                                      Telephone: (312) 893-7002
                                                      eturin@mcgpc.com

                                                      *Attorney for Plaintiffs*

Dated:  December 4, 2025                    PERKINS COIE, LLP

                                                      /s/ *Eric J. Weiss*
                                                      Eric J. Weiss (*pro hac vice*)
                                                      Mallory A. Gitt (*pro hac vice*)
                                                      Perkins Coie
                                                      1301 Second Avenue, Suite 4200
                                                      Seattle, WA 98101
                                                      Telephone: (206) 359-8000
                                                      EWeiss@perkinscoie.com


                                                      Gillian Christine Kuhlmann
                                                      Perkins Coie
                                                      1888 Century Park East Suite 1700
                                                      Los Angeles, CA 90067-1721
                                                      Tel: (310) 788-9900
                                                      gkuhlmann@perkinscoie.com

                                                      Lauren Trambley
                                                      Perkins Coie

505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: (415) 344-7000
ltrambley@perkinscoie.com

Victor H. Jih
Wilson Sonsini Goodrich and Rosati PC
1900 Avenue of the Stars 28th Floor
Los Angeles, CA 90067
Tel: (424) 446-6900
vjih@wsgr.com

Dylan Grace Savage
Wilson Sonsini Goodrich and Rosati, P. C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 999-5800
dsavage@wsgr.com

Attorneys for Defendant Roku, Inc.

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Eugene Y. Turin, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: December 4, 2025            MCGUIRE LAW, P.C.

*/s/ Eugene Y. Turin*
Eugene Y. Turin (SBN 342413)
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Telephone: (312) 893-7002
eturin@mcgpc.com

*Attorney for Plaintiffs*